**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 14-CV-01748
In Re: TRT Products Liability Litigation (MDL No. 2545)
This document relates to the following cases: 15-cv-00955; 15-cv-00676; 15-cv-00714; 15-cv-00958; 15-cv-00961; 15-cv-00964; 15-cv-01045; 15-cv-00717; 15-cv-00966; 15-cv-00967; 15-cv-00094 and 15-cv-00470

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff(s): Holly Brockman; Daniel Bedford, et al; Mitchell Carpenter; James Criswell, et al; Richard Freeman, et al; David Henson, et al; Thomas Hollingsworth, et al; Ashley Keel; Jeff Konrad, et al; Marshall Pettrey, et al; Gregory Taylor, et al and Terry White, et al

Pursuant to CMO No. 3, counsel's email address is: Matt.Teague@BeasleyAllen.com

| | |
|---|---|
| NAME (Type or print)  Matthew P. Teague | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Matthew P. Teague | |
| FIRM  Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | |
| STREET ADDRESS  234 Commerce Street | |
| CITY/STATE/ZIP  Montgomery, Alabama 36103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  (334) 269-2343 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |