# EXHIBIT A

# Dobs, Adrian M.D.

Volume 1 - 02/02/2017

## Summary Transcript with Highlighted Designations

Printed 05/26/2017 11:35AM EDT

CONFIDENTIAL

Plaintiffs' Affirmative Designations

Case: 1:15-cv-00966 Document #: 29-1 Filed: 05/27/17 Page 3 of 60 PageID #:752

**Page 00010**

15:          Q.    Dr. Dobs, my name is Chris

16:      Seeger.  I'll be asking -- I don't know

17:      if others will be asking questions, but

18:      I'll be asking you probably most of the

19:      questions today.

20:               So, let me just start by

21:      trying to -- first of all, have you been

22:      deposed before?

23:          A.    Yes.


**Page 00011**

17:          Q.    And you also have a pretty

18:      long history of working with this

19:      particular company, although I understand

20:      it was Unimed, Solvay, Abbott and AbbVie,

21:      but you have been involved with AndroGel

22:      since around 1998.

23:               Would that be fair?

24:          A.    Yes.


**Page 00028**

03:          Q.    All right.  I want to talk a

04:      little bit now, ask you some questions

05:      about your involvement with the

06:      manufacturer of AndroGel, but these

07:      questions will go back to the time when

08:      it was Unimed, Solvay, Abbott and then

Case: 1:15-cv-00966 Document #: 29-1 Filed: 05/27/17 Page 4 of 60 PageID #:753

09:        ultimately AbbVie.

10:               A.    Okay.

**Page 00028**

14:                    But based on what I was able

15:        to find, in the last three years or so, I

16:        was able to find payments from AbbVie to

17:        you in about approximately $120,000.

18:        Does that sound right?

19:               A.    Yes.

**Page 00029**

24:               Q.    I'll see what I have.

**(continued page 00030)**

    0030

01:                    And, then, also with Endo,

02:        about $10,000, does that sound right?

03:               A.    It could be, yes.

**Page 00030**

06:               Q.    So, in the -- let's, just to

07:        break it down, in the last three years

08:        for AbbVie, $120,000 in payments.  Would

09:        that include your work as a key opinion

10:        leader for the company?

**Page 00030**

13:                    THE WITNESS:  Yes.

14:        BY MR. SEEGER:

15:               Q.    Would it involve speaking at

16:        conferences?

17:                A.    Yes.

**Page 00031**
05:                Q.    And how about for Endo,

06:        again, I'm going back -- let's go back to

07:        about 2013 through the present.

08:                      You have -- you work as a

09:        key opinion leader for the company as

10:        well, Endo?

**Page 00031**
12:                      THE WITNESS:    Yes.

**Page 00034**
09:                Q.    You received a research

10:        grant from them?

**Page 00055**
02:                      Also, you had referenced in

03:        your report that you sit on a number of,

04:        I believe, advisory boards for

05:        pharmaceutical companies?

06:                A.    Yes.

07:                Q.    And does your work with

08:        regard to those advisory boards involve

09:        testosterone?

10:                A.    Yes.

11:                Q.    And testosterone products,

12:        correct?

Case: 1:15-cv-00966 Document #: 29-1 Filed: 05/27/17 Page 6 of 60 PageID #:755

```
13:              A.    Yes.

14:              Q.    AbbVie, are you still a

15:      member of an advisory board for AbbVie?
```

**Page 00055**
```
18:                   THE WITNESS:  It is not a

19:          standing advisory board.  I have

20:          been asked intermittently to

21:          attend other advisory boards.

22:      BY MR. SEEGER:

23:              Q.    And that, with regard to

24:      AndroGel, your relationship and your work
```

**(continued page 00056)**
```
    0056

01:      on advisory boards goes back to when the

02:      company was Unimed, correct?

03:              A.    Yes.

04:              Q.    Around 1998, 1999; is that a

05:      fair time frame?

06:              A.    Yes.
```

**Page 00060**
```
08:              Q.    Are you aware of a company,

09:      maybe it's an educational company, called

10:      testosteroneupdate.org?

11:              A.    Yes.

12:              Q.    And what is that?

13:              A.    That was a company that had
```

14:     an educational website, and they might

15:     have even sponsored symposiums.  And most

16:     of the -- and so they deal a lot with

17:     physicians and investigators that worked

18:     in the andrology or testosterone field.

19:          Q.   And my research indicates

20:     that that company is funded by AbbVie,

21:     Endo and Eli Lilly.  Does that sound

22:     right?

23:          A.   Yes.

24:          Q.   Do you receive payments

**(continued page 00061)**
     0061

01:     through that?

**Page 00061**

04:                    THE WITNESS:  Sometimes the

05:          money can come directly from these

06:          educational companies or sometimes

07:          they fund a symposium and the --

08:          any sort of payment from the

09:          honorarium comes from the

10:          symposium.

11:     BY MR. SEEGER:

12:          Q.   And do you often receive an

13:     honorarium when you do work for

14:     testosteroneupdate.org?

**Page 00061**

17:                    THE WITNESS:  I don't recall

18:              how often it occurred or how much

19:              it occurred, but it could have --

20:              but I've worked with them before,

21:              so I assume that there was some

22:              opportunity to receive funds from

23:              them, yes.

**Page 00062**

23:              Q.    And you've also -- you've

24:          also worked as a speaker at events that

**(continued page 00063)**
    0063

01:          have been sponsored by testosterone

02:          manufacturers, correct?

**Page 00063**

05:                    THE WITNESS:  Yes.

06:          BY MR. SEEGER:

07:                    Q.    And I'll name a few and you

08:          tell me if -- so I have in November of

09:          2016 that you were a panelist at the

10:          Annual Fall Scientific Meeting of the

11:          Sexual Medicine Society of North America

12:          which was sponsored by AbbVie.

13:                    Does that sound right?

14:                    A.    Yes.

Case: 1:15-cv-00966 Document #: 20-1 Filed: 05/27/17 Page 9 of 60 PageID #:758

**Page 00063**

18:                    Q.    Then 2015 I've got you

19:         listed as a panelist at the 40th American

20:         Society of Andrology, Annual Meeting in

21:         Salt Lake City, where AbbVie was a

22:         platinum sponsor.

23:                         Does that sound right?

**Page 00064**

02:                    THE WITNESS:  So AbbVie

03:              gives money to the medical

04:              society.  The medical society runs

05:              a symposium.  The symposium

06:              leader, whoever that is, will

07:              invite me to speak.

**Page 00065**

17:                    Q.    And I have in 2014 -- well,

18:         2014 you spoke on behalf of industry at

19:         the FDA advisory committee, in September

20:         of 2014; is that right?

21:                    A.    Yes.

**Page 00066**

22:                    Q.    In April of 2012 you spoke

23:         at a conference entitled Hypogonadism and

24:         Cardio Metabolic Disease, Defining the

**Page 00067**

01:         Relationship, that was in New Orleans and

02:        sponsored by Abbott Laboratories.

03:                Do you recall that?

**Page 00067**

06:                THE WITNESS:  Could have

07:            been, yes.

**Page 00085**

02:                Q.    In fact, you're aware that

03:        PCPs -- do you know what that acronym

04:        stands for?

05:                A.    Yes, primary care

06:        physicians.

07:                Q.    PCPs prescribe testosterone

08:        often, correct?

09:                A.    Often.

**Page 00085**

13:                Q.    And you were at the FDA

14:        advisory committee conference, you

15:        probably heard and saw slides about which

16:        doctors are prescribing testosterone most

17:        often.  Did you see that?

18:                A.    Yes.

19:                Q.    And I believe there was a

20:        slide that was presented that indicated

21:        that about 30 percent of testosterone at

22:        that time was being prescribed by primary

23:        care physicians.

24:                         Did you notice that?


**Page 00086**

01:                A.    There are more primary

02:        physicians than there are

03:        endocrinologists or urologists, so most

04:        prescribing is done by primary care

05:        physicians.

06:                Q.    Right.  Do you also recall

07:        at that ad com that there was some

08:        discussion about confusion over what the

09:        indication -- what was the indicated use

10:        of the drug --

11:                A.    Yes.


**Page 00086**

15:                Q.    -- in a general sense, that

16:        there seemed to be a concern by some of

17:        the experts that were testifying that the

18:        drug was being overprescribed?  Do you

19:        recall any of that discussion?


**Page 00086**

21:                     THE WITNESS:  There was

22:                discussion at the meeting about

23:                whether or not testosterone was

24:                being overprescribed, yes.


**Page 00091**

15:                Q.    Were you aware of the term

16:     low T prior to 2000?  Was that a term you

17:     had been aware of?

18:             A.    Low T is -- it's not -- it's

19:     a phrase.  It's low testosterone, it's

20:     low thyroid.  I'm not quite sure why you

21:     think this is a different aura.

**Page 00092**

01:             Q.    So you're aware that AbbVie,

02:     Solvay, AbbVie, have had marketing

03:     campaigns called, Is it low T, for

04:     example?  Are you familiar with that

05:     campaign?

06:             A.    Yes.

**Page 00092**

10:             Q.    And that is what has been

11:     referred to as an unbranded campaign.

12:     Are you aware of that?

13:             A.    Yes.

14:             Q.    Do you have an understanding

15:     of what an unbranded campaign is versus a

16:     branded campaign?

17:             A.    Yes.

18:             Q.    And what is your

19:     understanding?

20:             A.    That an unbranded would be

21:     just talking about the disease state,

22:     what it is, what's the symptoms and

23:     signs.  While branded would be where

24:     they're saying, buy my product.

**Page 00097**

02:                  Q.    Now, I also want to ask you

03:     this question:  Is it true that doctors

04:     can legally, and it's appropriate in

05:     cases to use a drug, even though it's not

06:     for specifically an indicated use in the

07:     drug label; is that fair?

08:                  A.    Yes.

09:                  Q.    So, just to summarize that,

10:     it's fair, doctors can use a product

11:     off-label, it's appropriate, it happens

12:     all the time, correct?

**Page 00097**

17:                  Q.    Medical breakthroughs have

18:     been determined through the doctors' use

19:     of drugs off-label, fair?

20:                  A.    Yes.

21:                  Q.    But with regard to a drug

22:     company, they have to limit their

23:     promotion of a drug to strictly what is

24:     in the label; is that fair?  Is that

**(continued page 00098)**
    0098

01:      something you understand?

02:               A.   Yes.

**Page 00109**

05:               Q.   Let's see.  I just want

06:      to -- we've been talking about your

07:      experience with Solvay, and, to

08:      summarize, would it be fair to say that

09:      you have done -- you have worked for the

10:      manufacturer of AndroGel over the past --

11:      since 1998 or so as a consultant,

12:      correct?

13:               A.   Yes.

14:               Q.   As a thought leader,

15:      correct?

16:               A.   Yes.

17:               Q.   As a study investigator?

**Page 00109**

20:               THE WITNESS:  For Solvay

21:               specifically --

**Page 00110**

02:               Q.   I'm speaking for AndroGel

03:      manufacturers, but I believe your

04:      involvement with clinical trials goes

05:      back to 1999; is that right?

06:               A.    My first involvement with

07:      what is now AndroGel was with Unimed.

08:        That was before Solvay.

09:              Q.    That's even before Solvay.

10:        Okay.

11:                  Do you recall a time frame;

12:        1998 or before?

13:              A.    No, it wasn't before '98.

14:        It might have been -- wait.  Yeah,

15:        probably late '90s.

16:              Q.    And in your role as a

17:        consultant, you've collaborated with

18:        certain people in the marketing

19:        departments of either Unimed, Solvay,

20:        Abbott or AbbVie; is that fair?

21:              A.    Yes.

**Page 00111**

01:              Q.    Do you serve on -- I think I

02:        asked you this, but other than the

03:        manufacturers of AndroGel, you have

04:        served on advisory boards for other

05:        manufacturers of other testosterone

06:        products, correct?

07:              A.    Yes.

**Page 00114**

02:              Q.    So I noted in a document

03:        where you were a study investigator in

04:        one of the early clinical trials, you

Case: 1:15-cv-00966 Document #: 20-1 Filed: 05/27/17 Page 16 of 60 PageID #:765

05:        were also recruiting patients for a

06:        trial.  You've done that for AndroGel,

07:        correct?

08:            A.    Yes.

09:            Q.    And there were payments to,

10:        I believe, Johns Hopkins as a result of

11:        those recruitment efforts by you; is that

12:        fair?

13:            A.    Yes.

14:            Q.    And in one instance I noted,

15:        in one particular trial, it was about

16:        $120,000 in payments.  Does that sound

17:        about right?

18:            A.    Yes.

**Page 00121**

04:            Q.    Okay.  Let me ask you this

05:        question:  When you prescribe -- do you

06:        still prescribe AndroGel in your

07:        practice?

08:            A.    Yes.

09:            Q.    Do you inform the patients

10:        that you have worked with the company as

11:        a consultant, as part of the discussion

12:        with them in using the product?

13:            A.    No.

14:            Q.    Do you feel that that should

15:     be disclosed?


**Page 00121**
18:                 THE WITNESS:  No.


**Page 00122**
17:             Q.    Do you know -- so that was

18:     the study that was discussed by the FDA

19:     advisory committee when they asked

20:     industry to either collaborate or do it

21:     individually but to do a cardiovascular

22:     safety study, correct?

23:             A.    Yes.

24:             Q.    And your understanding is


**(continued page 00123)**
     0123

01:     that's the study that the FDA was asking

02:     for?

03:             A.    Yes.

04:             Q.    Okay.  You were also aware,

05:     because I know you had involvement, with

06:     the Institutes of Medicine back in 2003?

07:             A.    Yes.

08:             Q.    And in 2004 the IOM

09:     published a paper that also asked for

10:     cardiovascular safety testing, correct?

11:             A.    Yes.

12:             Q.    Okay.  Has that, to your

Case: 1-15-cv-00966 Document #: 20-1 Filed: 05/27/17 Page 18 of 60 PageID #:767

13:       knowledge, to date, has that been done?

14:               A.    It has not.

**Page 00130**

10:               Q.    Did you discuss how large of

11:       a trial it would need to be to generate

12:       enough power to see certain endpoints?

13:               A.    That was discussed, yes.

14:               Q.    Do you have a sense of how

15:       large the trial will be?

16:               A.    I think that the study is

17:       going to be around 6,000 men followed for

18:       six years kind of thing.  I don't know --

19:       I don't remember what the final -- they

20:       didn't have the final-final.

21:               Q.    The 6,000 relates to men

22:       enrolled in the study?

23:               A.    Yes.

24:               Q.    Not screening, but

**(continued page 00131)**
     0131

01:       enrollment?

02:               A.    Correct.

03:               Q.    So to get to 6,000, any

04:       sense of how many people you'll have to

05:       screen?

06:               A.    A lot.

07:          Q.     A multiple of that number?

08:          A.     A multiple of that number,

09:     yeah.

10:          Q.     Have you discussed criteria

11:     for what specific conditions would be

12:     admitted into the study?  You know, for

13:     example, we discussed earlier whether it

14:     was primary or secondary hypogonadism.

15:     Will it also look at age-related declines

16:     in testosterone with symptoms?  Do you

17:     know?

**Page 00131**

20:               THE WITNESS:  The

21:               recruitment criteria was very much

22:               just focused on the level of

23:               testosterone, not necessarily the

24:               underlying etiology of

**Page 00132**

01:               testosterone.  And there obviously

02:               was discussions of who would be

03:               excluded from the study.  I

04:               wouldn't be able to be more

05:               specific about that.  There was

06:               lots of debates going on about

07:               whether or not you include or

08:               exclude people who have heart

09:          disease, whether or not there

10:          should be sort of a level so low

11:          that you should not be recruiting

12:          these patients.

13:              So all of those topics were

14:          discussed at the meeting.

**Page 00182**
16:              Are you familiar with a

17:     company called EDU Medical?

18:          A.   This was one of these

19:     educational companies.

**Page 00183**
12:          Q.   And you were part of a sort

13:     of marketing plan they had for the

14:     promotion of AndroGel; is that fair?

**Page 00183**
17:              THE WITNESS:  I don't recall

18:          specifically, but it could have

19:          been one of these advisory boards

20:          in which they discussed how to

21:          market their product.

**Page 00183**
23:          Q.   Right.  And you advised them

24:     on what you thought would be a proper way

**(continued page 00184)**
     0184

01:        of marketing, right?

02:                A.    Yes.

**Page 00184**

06:                Q.    And there were other

07:        doctors, it wasn't just you, but there

08:        were other doctors who were pretty

09:        prominent endocrinologists and urologists

10:        involved in that as well?

11:                A.    Probably.

**Page 00185**

13:                Q.    Doctor, do you have what we

14:        just marked as Exhibit-4 in front of you?

15:                A.    Yes.

16:                Q.    And you should feel free to

17:        look through that.  I'm going to identify

18:        it for the record.  The cover page is

19:        entitled, EDU Medical Management, Inc.

20:        It's called -- underneath that, it says,

21:        Medical Education Transition.  And there

22:        is a Bates stamp on it that says AbbVie

23:        00445219 through 5264.

24:                A.    Okay.

**Page 00187**

15:                Q.    So this document, would it

16:        be fair to assume, this is probably

17:        sometime 2001, 2002?

**Page 00187**

20:                    THE WITNESS:  Status for

21:                    2002 -- probably around the time

22:                    of 2002.

**Page 00187**

24:          Q.    And I'm going next, I think,

**(continued page 00188)**

    0188

01:       to Page 227 --

02:          A.    Okay.

03:          Q.    -- where it kind of says

04:       what EDU Medical does.  It says they're a

05:       full-service medical education agency,

06:       creative and innovate program management

07:       team, exceptional staff of scientific

08:       writers and editors.

09:                    Do you see that?

10:          A.    Yes.

11:          Q.    And then on the page right

12:       before that, which would end with 226,

13:       where it says, Our unique abilities?

14:          A.    Yes.

15:          Q.     It says, Enjoy strong

16:       relationships with critically targeted

17:       associations and OTLs.

18:                    Do you know what an OTL is?

```
19:          A.    No.

20:             Q.    Have you ever heard that

21:      used in terms of opinion thought leaders?

22:             A.    No.  They usually use KOL.

23:             Q.    That's true.  I was just

24:      wondering if you knew what that acronym
```

**(continued page 00189)**
    0189

```
01:      is.

02:                   How about outside thought

03:      leaders?

04:             A.    I've never heard of it.

05:             Q.    Just trying to see if I can

06:      trigger anything there.

07:                   And then the next page, 228

08:      it ends, where it says, Build brand

09:      momentum through science.

10:                   Do you see that?

11:             A.    Yes.

12:             Q.    Now, when you think of

13:      things like building brand momentum, it's

14:      kind of a marketing concept; is that

15:      fair?

16:             A.    Yes.
```

**Page 00189**
```
24:             Q.    The first bullet point says,
```

**(continued page 00190)**

    0190

01:       it says, Advocacy development.  Do you

02:       understand what's referenced there?

03:          A.   Advocacy development.

**Page 00190**

06:          THE WITNESS:  Maybe

07:       they're -- so who are advocates of

08:       the science or the brand?  It's --

09:       the word, I think, that's used a

10:       little bit more now is

11:       stakeholders.  So it's -- I would

12:       think, it's such a general term,

13:       but it could be thinking about the

14:       investigators that would want more

15:       science or patients who would want

16:       better access to medications or

17:       maybe they are advocating for the

18:       pharmaceutical industry in the way

19:       of lobbying for the government.

20:         So it's so vague that I

21:       don't really know what they're

22:       talking about.

**Page 00190**

24:       Q.   And if you go to Page 247,

**(continued page 00191)**

0191

01:     I'll tell you why, this may help make

02:     sense of why I'm asking the questions of

03:     you, do you see under the title of Key

04:     OTLs, which I believe means outside

05:     thought leaders --

06:             A.    Yes, yes.

07:             Q.    -- and your name is there,

08:     correct?

09:             A.    Yes.

10:             Q.    And do you recall

11:     interacting with these other names that

12:     are on the list?

13:             A.    I know them all very well.

14:             Q.    You know Dr. Bhasin?

15:             A.    Bhasin.

16:             Q.    Bhasin, right?

17:             A.    Yes.

18:             Q.    And Mark Blackman, do you

19:     know him?

20:             A.    Yes.

21:             Q.    And Glen Cunningham I know

22:     you know.

23:             A.    Yes.

24:             Q.    And Alvin Matsumoto?

Case: 1:15-cv-00966 Document #: 20-1 Filed: 05/27/17 Page 26 of 60 PageID #:775

**(continued page 00192)**
     0192

01:                    A.    Yes.

**Page 00192**
20:                    Q.    And what about Dr.

21:          Morgentaler?

22:                    A.    He's a urologist.

**Page 00193**
02:                    Q.    And John Morley --

**Page 00193**
05:          BY MR. SEEGER:

06:                    Q.    -- do you know what he is?

07:                    A.    Endocrinologist, although

08:          I'm not 100 percent sure he's boarded.

09:                    Q.    And do you know him

10:          personally?

11:                    A.    Yes.

12:                    Q.    And Ronald Swerdloff --

13:                    A.    Yes.

14:                    Q.    -- do you know him

15:          personally?

16:                    A.    Yes.   Endocrinologist.

17:                    Q.    He's an endocrinologist?

18:                    A.    Yes.

19:                    Q.    And how about Christina

20:          Wang?

21:                    A.    Yes.


**Page 00194**

01:                    Q.    And do you know her

02:        personally as well?

03:                    A.    Yes.

04:                    Q.    Now, do you recognize these

05:        names as being people who are also

06:        prominent members of the Endocrine

07:        Society?

08:                    A.    Yes.


**Page 00194**

14:                    Q.    Except for Abe, because he's

15:        a urologist, correct?

16:                    A.    Yes.

17:                    Q.    And are you aware that the

18:        Endocrine Society actually publishes

19:        guidelines and they specifically did that

20:        with regard to the use of testosterone

21:        products?

22:                    A.    Yes.


**Page 00195**

02:                    Q.    And those guidelines dealt

03:        with mostly diagnosis and treatment; is

04:        that fair?

05:                    A.    Yes.

06:                    Q.    And they are typically

07:     published -- I can mark this if you

08:     want -- as clinical practice guidelines.

09:     It looks like this document I'm holding

10:     up, which says, Testosterone therapy in

11:     adult men with androgen deficiency

12:     syndromes, an Endocrine Society Clinical

13:     Practice Guideline.

14:         A.    Yes.

15:         Q.    Now, do you recognize that

16:     as being Endocrine Society guidelines?

17:         A.    Yes.

18:         Q.    And I am looking at one that

19:     was published in 2006, and the first

20:     author of these Endocrine Society

21:     guidelines is Dr. Bhasin.  That wouldn't

22:     surprise you, right?

23:         A.    Correct.

24:         Q.    Did you know that Dr. Bhasin

**(continued page 00196)**
    0196

01:     also has acted as a consultant and a

02:     thought leader for the manufacturer of

03:     AndroGel?

04:         A.    I don't know that.  I

05:     wouldn't be surprised.

06:         Q.    And what about, also I look

07:        at the guidelines and the second author's

08:        name is Dr. Cunningham, who is also on

09:        this list in this document, correct?

10:                A.    Yes, yes.

**Page 00196**

20:                    So I'm now looking at the

21:        Clinical Practice Guidelines, the second

22:        author on the 2006 document we were

23:        talking about is Dr. Cunningham.  He is

24:        also mentioned in what I've marked as

**(continued page 00197)**
     0197

01:        Exhibit-4, under Key OTLs, correct?

02:                A.    Yes.

03:                Q.    And there's another name on

04:        these Endocrine Society guidelines of Dr.

05:        Matsumoto, and he is also on Exhibit-4 as

06:        list of Key OTLs, correct?

**Page 00197**

09:                    THE WITNESS:  Yes.

**Page 00198**

16:                Q.    You know Dr. Morgentaler

17:        pretty well, right?

18:                A.    Yes.

**Page 00205**

16:                Q.    If you could go to Page 248.

17:        This page says at the top -- I'll wait

18:        for you to get there -- it says, In 2001,

19:        hypogonadism is undertreated.

20:                    Do you see that?

21:            A.    Yes.

22:            Q.    The objective, it says, to

23:        begin market expansion to educate PCP

24:        audience.

**(continued page 00206)**

    0206

01:                    Did I read that correctly?

02:            A.    Yes.

**Page 00206**

06:            Q.    And the PCP audience, that's

07:        not you, endocrinology; that's the

08:        primary care physicians we talked about

09:        earlier, correct?

10:            A.    Yes.

11:            Q.    And then under Strategy, the

12:        document says, Drive the behavior of

13:        physicians who have yet to diagnose and

14:        treat, and then it says, Develop current

15:        adopters to spread the word via

16:        grassroots efforts.

17:                    Did I read that correctly?

**Page 00206**
20:                        THE WITNESS:  Yes.


**Page 00206**
22:              Q.    Do you have an

23:        understanding, sitting here now, if you

24:        were a part of those strategies to drive


**(continued page 00207)**
     0207

01:        the behavior of physicians or the

02:        grassroots efforts they reference here?


**Page 00207**
05:                        THE WITNESS:  I'm sorry,

06:                    maybe clarify the question.

07:                    Are you asking me if I drove

08:              the behavior of physicians?


**Page 00207**
10:              Q.    If you were asked to be a

11:        part of the program to drive the behavior

12:        of physicians, I'm asking you.


**Page 00207**
16:                        THE WITNESS:  Is the

17:                    question, was I ever asked to

18:                    drive the behaviors?


**Page 00207**
20:              Q.    To assist in driving the

21:        prescribing behavior of physicians.

**Page 00207**

24:                    THE WITNESS:  I don't think

**(continued page 00208)**
    0208

01:                I would ever have used these

02:                words.

03:        BY MR. SEEGER:

04:                Q.    Right.

05:                A.    But these advisory boards,

06:        which occur throughout many parts of the

07:        drug development, has also included a

08:        marketing-oriented advisory board at

09:        which they set questions to the KOLs

10:        there, and these questions might be, you

11:        know, why -- you know, do PCPs understand

12:        what testosterone deficiency is?  Do they

13:        ask questions that are related to signs

14:        and symptoms?  What is the attitude of

15:        PCPs?  How do they treat, how do they

16:        make decisions about treatment?

17:                    So I have been part of those

18:        kinds of discussions where they talk

19:        about physician behavior.

**Page 00215**

04:                Q.    And, then, just, lastly, on

05:        this document, Page 262, it says, Key EDU

06:      accomplishments under AndroGel.  And it

07:      says -- the first one is Aboard since

08:      1999, and then the second bullet point is

09:      Created andropause --

10:          A.    Give me a second.

11:          Q.    I'm sorry.

12:          A.    262.  Okay.  Key

13:      accomplishments.  Okay.

14:          Q.    Key EDU accomplishments,

15:      AndroGel, and then under that is bullet

16:      point, Aboard since 1999.  Second bullet

17:      point is Created andropause and MedEd

18:      messages.

19:          Did I read that correctly?

20:      A.    Yes.

21:          Q.    Third is Developed

22:      relationships with OTLs.

**Page 00216**

02:          Q.    And, then, fourth, Created

03:      relationship alliance with the Endocrine

04:      Society.

05:          Did I read that correctly?

06:      A.    Yes.

07:          Q.    Now, from and after this

08:      date, you did act as a, they call it an

09:      OTL, but you did become and continued for

10:     many years to be a key opinion leader,

11:     correct?

**Page 00216**

14:                 THE WITNESS:  Yes.

15:     BY MR. SEEGER:

16:             Q.    For which Unimed, Solvay,

17:     Abbott and AbbVie, at some point in time,

18:     whenever it was, would have compensated

19:     you for your time, correct?

20:             A.    Yes.

**Page 00217**

09:                 I'm asking you now if you

10:     participated in the Endocrine Society

11:     Second Andropause Consensus Conference in

12:     2002?

13:             A.    Yes.

14:             Q.    In what role did you

15:     participate?

16:             A.    I don't remember

17:     specifically, but I would imagine that I

18:     was -- did I co-chair?  I'm not sure.

19:     Certainly, I was a participant in that.

20:             Q.    Do you know who sponsored

21:     that conference?

22:             A.    No.

23:             Q.    Would it surprise you if

24:     Solvay did?

**(continued page 00218)**
    0218

01:              A.    It would not surprise me.

02:              Q.    So what I'm being told is

03:     you were asked to actually co-chair that

04:     conference in the report.  Does that

05:     trigger your recollection?

06:              A.    It could have been.

07:              Q.    Are you aware of a company

08:     by the name of Edelman?

09:              A.    Edelman.  I think that's

10:     another education company.

11:              Q.    What I have on them, you can

12:     tell me if I'm wrong, is that they are a

13:     PR firm, marketing and PR?  Does that

14:     sound right?

**Page 00218**
18:              don't know.

**Page 00224**
16:              Q.    Let's take a look at 5, when

17:     you have a second.  So 5 you can see is a

18:     Solvay communication on the first page.

19:                    Do you know the people

20:     involved in this?  It's from John Brennan

21:     to Hjalmar Lagast.

```
22:              A.    The last name sounds

23:         familiar.

24:              Q.    And the subject is Long-Term
```

**(continued page 00225)**

    0225

```
01:         Testosterone Replacement Therapy Overview

02:         of IOM Activity.

03:                   Do you see that?

04:              A.    Yes.
```

**Page 00225**

```
14:              Q.    Further down in the

15:         paragraph, it starts with the sentence,

16:         do you see where it says, In older men,

17:         first paragraph?  In older men with

18:         declining levels of testosterone, TRT may

19:         offer a means of preventing or treating

20:         osteoporosis or other age-associated

21:         conditions.

22:                   Do you see where I'm

23:         reading?

24:              A.    I'm sorry.  Is this the
```

**(continued page 00226)**

    0226

```
01:         first paragraph or the second paragraph?

02:              Q.    First.  Second part of the

03:         first paragraph I said.  Sorry.
```

04:      A.   Yes.

05:           Q.   All right.  And then if you

06:      go a couple of pages, like to Page 3 --

07:           A.   Okay.

08:           Q.   -- there's an attachment

09:      that's entitled, Institute of Medicine.

10:                Do you see that?

11:           A.   Yes.

12:           Q.   And then there are a number

13:      of names and people on here who I guess

14:      were involved.

15:                Do you recognize those

16:      names?

17:           A.   Yes.

18:           Q.   Were they involved in the

19:      meetings that you were involved in?

20:           A.   Yes.

**Page 00228**

09:           Q.   So let's go to the next

10:      page, Attachment 3.  Do you see at the

11:      top of the page, it's the letterhead of

12:      that company we were talking about,

13:      Edelman?

14:           A.   Yes.

15:           Q.   And Edelman is -- it looks

16:      like it's from somebody at Edelman, this

17:     guy Andrew Fenchel, to people at Solvay.

18:          Do you see that at the top?

19:          A.   Yes.

**Page 00228**

22:     BY MR. SEEGER:

23:          Q.   For the record, I'm looking

24:     at the page Bates stamped 138 are the

**(continued page 00229)**

     0229

01:     last three numbers.

02:          A.   Yes.

03:          Q.   It says, Following, please

04:     find a summary of the panel discussions

05:     at the Institute of Medicine workshop on

06:     March 31st, 2003 in Phoenix, Arizona.

07:          You were at that one, right?

**Page 00229**

10:          THE WITNESS:  I presented --

11:          yes.  I presented in front of the

12:          IOM, and it must have been

13:          Phoenix.  And I'm listed as a

14:          panel member.

**Page 00229**

16:          Q.   And if you go to Page 8 --

17:          A.   Yes, I see my name.

18:          Q.   -- you see your name.  Okay.

19:                    Panel discussion.

20:        Hematologic and cardiovascular outcomes,

21:        and then panel members, it shows you and

22:        a Russell Tracy.  Do you know who Russell

23:        Tracy is?

24:              A.    No.

**(continued page 00230)**
    0230

01:              Q.    So, and then it describes

02:        pretty much what was discussed.  It says,

03:        Dr. Dobs and Tracy disagreed on the

04:        beneficial effects of testosterone

05:        supplementation on hematologic and

06:        cardiovascular outcomes.

07:                    Did I read that right?

08:              A.    Yes.

**Page 00232**

14:              Q.    If you look at the part of

15:        the e-mail which is from Andrew Fenchel

16:        to Kevin Rose -- by the way, Kevin Rose,

17:        that was the name that was on that EDU

18:        Medical document.

19:              A.    Yes.

**Page 00232**

23:                    And he says here -- the

24:        subject is CBS Evening News.  The very

**(continued page 00233)**
      0233

01:        first paragraph says, I wanted to provide

02:        an overview of the TRT segment on CBS

03:        Evening News last night.

04:                      If you go two more

05:        paragraphs down, The story did not repeat

06:        that TRT is only for young men with rare

07:        conditions, that the benefits in older

08:        men are unproven or that use of TRT in

09:        older men will cause an epidemic of

10:        prostate cancer, all misnomers that have

11:        been spread by Dr. Groopman.


**Page 00233**
15:                      Q.    Do you know what that refers

16:        to?  He wrote a New Yorker piece.  Does

17:        that refresh your recollection?

18:                      A.    Hold on a second.

19:                      Q.    Tell me when you're ready.

20:                      A.    Sorry, it's a little odd

21:        because of the negative here.  The story

22:        did not repeat that TRT is only for young

23:        men with rare conditions.  So it did not

24:        say that.  It did not say that the


**(continued page 00234)**
      0234

01:      benefits in older men are unproven.

02:           Q.   It's saying what the story

03:      didn't say, right?

**Page 00235**

07:           Q.   If you read the next

08:      paragraph, it will help you.

09:              So, it says, As you know,

10:      Edelman has been working with the

11:      producers of the segment since the end of

12:      July, helping them to shape the story and

13:      arrange interviews in the immediate

14:      aftermath of the New Yorker article.

15:      That's the reference to the paragraph

16:      above.

**Page 00235**

21:           Q.   Did I read it correctly?

22:      Okay.

23:              So now I want to get to the

24:      part that references you.  Under Summary,

**(continued page 00236)**

    0236

01:      it says, Dr. Adrian Dobs at Johns Hopkins

02:      and Tom Yolken, her 64-year-old patient,

03:      appeared first.

04:              They're talking about a CBS

05:      Nightly News program, correct?  Is this

06:        coming back to you?

07:              A.    Yes.

08:              Q.    The patient said that he had

09:        been experiencing some sexual

10:        dysfunction, was tired and sluggish.  Dr.

11:        Dobs tested him and found that he had low

12:        testosterone and prescribed TRT.

13:                   That's testosterone

14:        replacement therapy, correct, TRT?

15:              A.    Yes.

16:              Q.    For anybody reading this.

17:                   Doctor and patient

18:        characterized the results after treatment

19:        as stunning, and the patient said he

20:        would be impotent if it were not for

21:        testosterone replacement therapy.

22:                   Did I read that correctly?

**Page 00237**

03:              Q.    Is that an accurate

04:        reflection of what was discussed with CBS

05:        Evening News with you and your patient?

06:              A.    Well, I know this patient

07:        very well.  He had a pituitary tumor.

08:        And he is a funny kind, a lively guy, and

09:        I could see it very possible that he

10:        would have said this statement.

11:          Q.    Do you recall it?

12:          A.    No.

13:          Q.    So if he had a pituitary

14:    tumor, he had, under the stuff we talked

15:    about earlier, secondary hypogonadism --

16:    secondary hypogonadism?

17:          A.    Correct.

**Page 00238**

04:          Q.    What I'm marking as

05:    Exhibit-7 is an e-mail between Alanna

06:    Keeley -- do you know who that is?

07:          A.    Alanna, no, I don't know.

08:          Q.    Okay.  It's dated January

09:    10th, 2003.

**Page 00238**

17:                THE WITNESS:  Okay.

**Page 00238**

20:    question.  Alanna Keeley is somebody at

21:    Edelman.  Do you see that she's the

22:    author of the e-mail?

23:          A.    Yes.

**Page 00239**

06:          Q.    The subject is IOM Task

07:    Force, Dr. Dobs.

08:          A.    Yes.

09:          Q.    Importance:  High.

10:                     Do you see that?

11:          A.    Yes.

12:          Q.    And then it says, Kevin, Dr.

13:      Adrian Dobs -- that's you?

14:          A.    Uh-huh.

15:          Q.    -- contacted us today to let

16:      us know that she will be a member of the

17:      Institute of Medicine TRT task force.

18:      IOM asked her today to participate and

19:      she accepted.

20:                     Did I read that correctly?

21:          A.    Yes.

22:          Q.    So you communicated -- this

23:      seems to suggest that you communicated

24:      that information to people at Edelman; is

**(continued page 00240)**
     0240

01:      that right?

**Page 00240**
04:                     THE WITNESS:  I do not

05:                recall this.  I find it surprising

06:                that I would have instigated a

07:                call to them.

08:                     The second part is true.  I

09:                was asked by the IOM to present,

10:                and I did accept it, as you see

```
11:            here.  So I -- perhaps we were --

12:            Edelman and I had been in the

13:            midst of other discussions about

14:            other presentations, and it came

15:            out that, oh, by the way, I'm

16:            going to be in Phoenix at the I --

17:            at this IOM meeting.

18:                I would find it impossible

19:            to say -- I would find it very

20:            surprising that I picked up the

21:            phone and called up this Alanna,

22:            who I don't recall at all, to

23:            say -- to tell them that I was

24:            participating in a meeting.
```

**Page 00241**
```
02:                Q.    But you do agree with me

03:        that the e-mail says that is what you

04:        did, and you're saying -- that's why I

05:        want to give you an opportunity to

06:        comment on it -- the e-mail says you

07:        contacted them.
```

**Page 00241**
```
10:                THE WITNESS:  Correct.
```

**Page 00244**
```
22:                You know, ultimately, the

23:        revenue produced by AndroGel was over $1
```

24:      billion.  It was not like that before

**(continued page 00245)**
     0245

01:      2000, correct?

**Page 00245**
05:                      THE WITNESS:  Correct.

**Page 00245**
07:                      Q.    So let me ask you this:  Do

08:      you have a sense of what has happened to

09:      the market share of all testosterone

10:      products since the label changed and the

11:      advisory committee?

**Page 00245**
15:                      THE WITNESS:  Well, right --

16:                      from what I understand, from right

17:                      after the advisory board, there

18:                      was a dip in testosterone, and

19:                      then it sort of flattened out, and

20:                      then I heard it went up a little

21:                      bit again.  But it is not where

22:                      the peak was.  And that is total

23:                      sales.

24:                      But if you're talking about

**(continued page 00246)**
     0246

01:                      market share, injectables has gone

02:                    up a lot.  It's actually more than

03:                    the AndroGel.

**Page 00246**

05:                    Q.    Okay.  And on AndroGel, do

06:        you have a sense -- I was kind of talking

07:        about the market, but let's just focus on

08:        AndroGel.  Do you have a sense of what

09:        has happened to AndroGel sales since the

10:        FDA disclosures?

**Page 00246**

14:                    THE WITNESS:  I don't know

15:                    specifically.  I think it had that

16:                    dip, and from what I had heard is

17:                    that the market leaders are

18:                    actually injectables now.

19:        BY MR. SEEGER:

20:                    Q.    And AndroGel is a gel,

21:        right?

22:                    A.    Correct.

23:                    Q.    It's not an injectable?

24:                    A.    Correct.

**Page 00247**

02:                    And do you have a sense of

03:        how much of the market increase from 2000

04:        on may have been driven by

05:        direct-to-consumer advertising?

**Page 00247**

09:                    THE WITNESS:  I wouldn't be

10:              able to put it into a number.

**Page 00247**

12:                    Q.    Do you have a sense that it

13:        did drive market sales,

14:        direct-to-consumer advertising?

**Page 00248**

07:                    THE WITNESS:  From what I

08:              understand, the things that

09:              increase doctors writing

10:              prescriptions is detail people,

11:              like the sales force.  And from

12:              what brings more patients to the

13:              doctor is the direct-to-consumer

14:              advertising.  And this is across

15:              the board, regardless of the pill

16:              we're talking about or the

17:              medication.

**Page 00248**

20:                    I want to just close out

21:        some of our discussion earlier about

22:        Edelman and the IOM.

23:                    I have -- I can mark these

24:        if you want to see them.  I want to ask

**(continued page 00249)**

0249

01:        if it refreshes your recollection about

02:        you or you being in contact with Edelman

03:        people to do TV interviews or -- I don't

04:        know if you've actually done a TV

05:        interview, but I have a document that

06:        suggests that in 2003 that you were put

07:        in touch by Edelman with WBAL and some

08:        other TV stations.

09:                    Do you recall that?

**Page 00249**

16:                    THE WITNESS:  I have done

17:            many TV interviews, some with

18:            patients, some without patients.

19:                    Whether the -- probably some

20:            were direct to me, some might have

21:            been stimulated to me after they

22:            were approached by the public

23:            relations.  I'm not sure if I

24:            could even figure that out in my

**(continued page 00250)**

0250

01:            head.

**Page 00250**

03:            Q.    And just to be clear, after

04:     the IOM meeting, the IOM in 2004 issued a

05:     written report.

06:              Do you recall that?

07:              A.   Yes, I've been told.   I

08:     don't remember ever reading it now that I

09:     say it, but --

10:              Q.   Because I asked you

11:     questions about it earlier where they

12:     asked for the industry to do a long-term

13:     randomized controlled cardiovascular

14:     safety study in 2004.

15:              Do you recall that coming

16:     out of it?

**Page 00250**

19:              THE WITNESS:   From what I

20:              remember from the IOM report is

21:              that they felt that they needed

22:              more studies, in multiple areas,

23:              not just cardiovascular outcomes.

**Page 00251**

08:              Q.   Just for the record, Dr.

09:     Dobs, what I handed to you actually is an

10:     e-mail that was -- that is between you

11:     and Ray Borel at AbbVie.  Do you know who

12:     Ray Borel is?

13:              A.   No.

**Page 00251**

17:                              So it's marked as Exhibit-8.

18:        It's AbbVie-FST 17096273 through 274.

19:                              And after you take a moment

20:        to look at it, let me know, so I can ask

21:        you questions.

**Page 00252**

05:                    Q.    So, I'm sorry, if we start

06:        with the first e-mail, which in terms of

07:        order I believe is the one at the bottom

08:        of the first page --

09:                    A.    Yes.

10:                    Q.    -- which is from you to Ray

11:        Borel.  You looked at this?

12:                    A.    Yes.

13:                    Q.    So you had a chance to

14:        review it?

15:                    A.    Yes.

16:                    Q.    You wrote this, right?

17:                    A.    Yes.

18:                    Q.    And you wrote it on November

19:        12th, 2002.  It looks like what you're

20:        asking for is some support for some

21:        studies you want to run.  Is that a fair

22:        characterization?

23:                    A.    Yes.

Case: 1:15-cv-00966 Document #: 20-1 Filed: 05/27/17 Page 52 of 60 PageID #:801

24:          Q.    On the second page, it

**(continued page 00253)**

    0253

01:    carries over, it says, Obviously, you

02:    appreciate that it is extremely expensive

03:    to purchase AndroGel and NIH will not

04:    provide the funds.  Both are extremely

05:    scientifically sound studies which will

06:    result in numerous publications for your

07:    product.

08:               You wrote that, right?

09:          A.    Yes.

10:          Q.    Were these studies ever

11:    done?

12:          A.    No.

13:          Q.    And then in the next

14:    sentence you say, I have worked with

15:    AndroGel for many years.  In fact, the

16:    rehab study was designed with Solvay's

17:    input.  I'm hoping we can speak further,

18:    et cetera.

19:               Did I read that correctly?

20:          A.    Yes.

21:          Q.    And you wrote that?

22:          A.    Yeah.

23:          Q.    And then there's a response

24:       at the top that I don't need to spend

**(continued page 00254)**
     0254

01:       time on unless you want to, but it

02:       basically says that they decided not to

03:       do the studies for whatever reasons they

04:       had, correct?

**Page 00254**
14:              Q.    Were you disappointed that

15:       the company didn't support you in doing

16:       these?

17:              A.    Correct.

18:              Q.    Did you do anything about

19:       it?

20:              A.    No.

21:              Q.    Have these studies been

22:       done?

**Page 00255**
01:                    THE WITNESS:   The Hip Rehab

02:              study we're still trying to do.

03:              We've now submitted to the NIH

04:              about three times already.  The PI

05:              on that is a woman named Ellen

06:              Binder, who is at Wash U, and it

07:              just still has not quite gotten

08:              funded.

**Page 00255**

19:                    Q.    It is an expensive drug.

20:                    A.    It is an expensive drug.

21:                    Q.    So to perform a study like

22:        you're proposing here, you would need the

23:        company's support at least with regard to

24:        providing the drug or you would need some

**(continued page 00256)**
        0256

01:        money so that you can buy the drug; is

02:        that fair?

03:                    A.    Unless you get some

04:        independent funding, that they're willing

05:        to give you enough funding so you could

06:        buy the drug.

07:                    Q.    And without funding or

08:        support from the company, at least by

09:        providing the drug, you can't just --

10:        there's no study?

11:                    A.    There's no study.  The

12:        NIH --

**Page 00256**

15:                    THE WITNESS:  The NIH rarely

16:            gives this kind of money to be

17:            able to purchase drug.

18:        BY MR. SEEGER:

```
19:            Q.    Do you have a sense of how

20:     much the AndroGel is, how expensive it

21:     is?  I know it's paid for by insurance,

22:     but do you --
```

**Page 00257**
```
01:                 THE WITNESS:  I thought a

02:             patient of mine said recently it

03:             was about 600 a month.
```

**Page 00265**
```
04:     question I was going to ask you.  Would

05:     you agree that the FDA's position is that

06:     the safety and efficacy is not

07:     established in men with age-related

08:     hypogonadism?  And I think you just said

09:     that is the FDA's position, correct?
```

**Page 00265**
```
12:                 THE WITNESS:  The FDA said

13:             it in their letter.
```

**Page 00279**
```
08:            Q.    You treat diabetics?  Right?

09:            A.    Yes.

10:            Q.    Yes, you do.

11:                 Do you prescribe AndroGel as

12:     a treatment for diabetes to any patients?

13:            A.    No.

14:            Q.    And as far as you know, FDA
```

15:          has not approved the use of testosterone

16:          in the treatment of diabetes, correct?

17:              A.    Correct.

18:              Q.    And it's not approved by the

19:          FDA for the use in the treatment of COPD

20:          or HIV, correct?

21:              A.    Correct.

**Page 00284**

18:              Q.    And do you find that the

19:          stopping of a clinical trial in the midst

20:          of it going on is a common occurrence or

21:          is it an unusual occurrence?

**Page 00284**

24:                  THE WITNESS:  It is an

**(continued page 00285)**
    0285

01:              unusual occurrence.

02:          BY MR. SEEGER:

03:              Q.    And would you agree in terms

04:          of the hierarchy of evidence that a

05:          randomized clinically controlled trial is

06:          pretty high, correct?

**Page 00285**

08:                  THE WITNESS:  Yes,

09:                  randomized clinically controlled

10:                  trials, placebo controlled trials,

11:        are considered strong evidence.

12:    BY MR. SEEGER:

13:        Q.    Some of them have been

14:    referred, I'm not saying you have to, as

15:    the gold standard?

16:        A.    Okay.

17:        Q.    The meta-analysis of

18:    randomized clinically controlled trials

19:    is pretty strong evidence also in terms

20:    of the hierarchy of evidence, correct?

21:        A.    Yes.

**Page 00287**

01:        Q.    Do you know him personally?

02:        A.    Yeah.  I know Basaria very

03:    well.

04:        Q.    I know you do; you debated

05:    him, correct?

06:        A.    He was one of my fellows.

**Page 00293**

07:        Q.    Were you involved in the 035

08:    study?  I think it was an extension

09:    study.

10:        A.    For AndroGel?

11:        Q.    Yes.

12:        A.    Yes.

13:        Q.    You were an investigator?

14:          A.    Yes.

15:          Q.    Did you have patients in

16:      that study?

17:          A.    Yes.

18:          Q.    Did you know -- I'm asking

19:      you if you knew.  Did you know that the

20:      company had sought to broaden the label

21:      indication based upon that study for

22:      symptom relief like ED, bone density --

23:      bone mineral density as well as muscle

24:      mass and things of that nature?

**Page 00294**

04:                  THE WITNESS:  I mean, I

05:              don't know specifically.  I don't

06:              work -- obviously I didn't work --

07:              I don't and never did work for the

08:              company, but I would not be

09:              surprised, because companies are

10:              always looking to broaden their

11:              indications.  Because, remember,

12:              in the beginning, nobody -- from

13:              the FDA's point of view, they

14:              didn't have to prove efficacy; it

15:              was really pharmacokinetics.  So

16:              this became growing as more

17:              studies were done.

18:        BY MR. SEEGER:

19:             Q.    Correct.

20:                   With regard to symptom

21:        relief, though, just getting back -- if

22:        you don't know, you don't know -- that

23:        the company had sought a broadened

24:        indication for symptom relief for those

**(continued page 00295)**

   0295

01:        items and they were told no by the FDA?

02:        Are you aware of that?

**Page 00295**

05:                   THE WITNESS:  No, I was not

06:             aware that they actually said no.

**Page 00295**

08:             Q.    Yeah, that there is actually

09:        an approvable letter where the FDA had

10:        recommended additional testing and they

11:        were not satisfied that efficacy --

**Page 00295**

14:                   THE WITNESS:  I didn't know

15:             there was an actual letter.

**Page 00337**

18:             Q.    Do you think this is a fair

19:        statement, and if it's not, please tell

20:        me, but do you think it's a fair

Case: 1:15-cv-00966 Document #: 20-1 Filed: 05/27/17 Page 60 of 60 PageID #:809

21:      statement that you can criticize any

22:      trial for anything, but they all generate

23:      information, these are data points that

24:      should be considered by people like you

**(continued page 00338)**
     0338

01:      in your field, correct?

**Page 00338**
04:                    THE WITNESS:  Correct.