UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Jeffrey Konrad, et al.
       Plaintiff,

v.              Case No.: 1:15−cv−00966
              Honorable Matthew F. Kennelly

AbbVie, Inc., et al.
       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 2, 2017:

  MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' objections to the testimony designated from the deposition of Steven Overby, M.D. It appears that the parties agree that several of the objections have been dealt with via the Court's rulings on motions in limine. Aside from that, there are objections only to two passages from the deposition. The Court rules as follows: 93:24−94:18 − objection overruled; 184:11−19 − objection sustained on foundational and Rule 403 grounds, thus obviating the need to rule on the disclosure−related objections. The Court notes that it is not making a separate entry on these objections under the main MDL case number because trial−related rulings on deposition designations are case−specific. Counsel of record in this case are directed to transmit a copy of this entry to other trial counsel who have not filed case−specific appearances in this case. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.