# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jeffrey Konrad, et al.
                Plaintiff,

v.                                          Case No.: 1:15−cv−00966
                                                     Honorable Matthew F. Kennelly

AbbVie, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2017:

    MINUTE entry before the Honorable Matthew F. Kennelly: Jury deliberations completed on 10/5/2017. Jury returns verdict in favor of defendants on the first claim, strict liability, and in favor of plaintiff on the second claim, negligence, the third claim, intentional misrepresentation, and the fourth claim, misrepresentation by concealment. Plaintiff Jeffrey Konrad is awarded compensatory damages totaling $140,000 and punitive damages in the amount of $140,000,000. Judgment to follow.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.